EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071-1429
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com


HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice*)
5445 Corporate Drive, Suite 200
Troy, MI 48098
Tel. 248-641-1600
Fax: 248-641-0270
Email: gforbis@hdp.com


Attorneys for Plaintiff DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SACO RESEARCH L.L.C.; BRIAN COUGHREN; and JOHN DOE,<br><br>    Defendants. | Case No. 5:21-cv-00139-JGB (SPx)<br><br>The Hon. Jesus G. Bernal<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT ON CONSENT** |

TO THE COURT AND TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

Pursuant to *Local Rule* 7-1, Plaintiff DASSAULT SYSTÈMES SOLIDWORKS CORPORATION (hereinafter "Plaintiff") and Defendant SACO RESEARCH LLC, et.al. (hereinafter "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, PLAINTIFF filed Case No. 5-21-cv-00139-JGB-SP in the United States District Court for the Central District of California; and

2. WHEREAS, PLAINTIFF and DEFENDANT have reached a negotiated settlement memorialized in a Settlement Agreement between the Parties, and request that the Court enter the relief in the form agreed by the Parties and shown in the [Proposed] Consent Judgment and Permanent Injunction attached hereto as Exhibit "A" and filed concurrently herewith.

Dated: February 25, 2021　　　　HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: /s/ Edward W. Lukas, Jr.
　　EDWARD W. LUKAS, JR.
　　Attorneys for Plaintiff
　　DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

Dated: February 25, 2021　　　　HARNESS, DICKEY & PIERCE, P.L.C.

By: /s/ Glenn E. Forbis
　　GLENN E. FORBIS (*Pro Hac Vice*)
　　Attorneys for Plaintiff
　　DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

1 | Dated: February 25, 2021

THE LAW OFFICES OF STEVEN C. VONDRAN, PC

By: /s/ Steven C. Vondran
STEVEN C. VONDRAN
Attorneys for Defendant SACO RESEARCH, et al.