JS-6

1  EDWARD W. LUKAS, JR., State Bar No. 155214
2  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   333 South Hope Street, Suite 1000
3  Los Angeles, California 90071-1429
   Telephone (213) 489-3222
4  Facsimile (213) 623-7929
5  E-mail:  elukas@hfdclaw.com

6

7  HARNESS, DICKEY & PIERCE, P.L.C.
   Glenn E. Forbis (*Pro Hac Vice*)
8  5445 Corporate Drive, Suite 200
   Troy, MI  48098
9  Tel. 248-641-1600
   Fax: 248-641-0270
10 Email:  gforbis@hdp.com

11

12 Attorneys for Plaintiff DASSAULT SYSTÈMES
   SOLIDWORKS CORPORATION
13

14              IN THE UNITED STATES DISTRICT COURT

15           FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

17

18 DASSAULT SYSTÈMES SOLIDWORKS          Case No. 5:21-cv-00139-JGB (SPx)
   CORPORATION,

19
                                         **CONSENT JUDGMENT AND**
20       Plaintiff,                      **PERMANENT INJUNCTION**

21 vs.

22 SACO RESEARCH L.L.C.; BRIAN
   COUGHREN; and JOHN DOE,
23

24       Defendants.

25

26      This Court, having considered the request of the Parties to enter the following

27 relief, and such relief appearing reasonable under the circumstances,

28      The Court finds as follows:

HARNESS.007\PLEADINGS\Proposed Consent Judgment & PI          1
               CONSENT JUDGMENT AND PERMANENT INJUNCTION

1    On January 25, 2021, Plaintiff filed Case No. 5-21-cv-00139-JGB-SP in the

2  United States District Court for the Central District of California. Plaintiff and Defendants

3  have now stipulated to the entry of the following Consent Judgment.

4    The parties agree and the Court finds as follows:

5    A. Plaintiff has brought this action asserting its registered U.S. copyrights, and

6  Defendants denied the allegations.

7    B. The Parties have reached a negotiated settlement memorialized in a

8  Settlement Agreement between the Parties, and request that the Court enter the following

9  relief.

10    Therefore, JUDGMENT IS HEREBY ENTERED in favor of DASSAULT

11  SYSTÈMES SOLIDWORKS CORPORATION.

12    Pursuant to Fed. R. Civ. P. 65, IT IS HEREBY ORDERED that Defendant SACO

13  RESEARCH LLC, et.al. and its employees, agents, officers, directors, shareholders,

14  subsidiaries, parent companies, related companies, all persons under the direction of

15  Defendants, and other persons in active concert or participation with any of them and who

16  receive actual notice of this Order (together, the "Enjoined Parties"), are hereby

17  permanently prohibited from using any copies of the SolidWorks software package

18  without being the lawful owner of appropriate licenses permitting such use.

19    IT IS FURTHER HEREBY ORDERED that Defendant SACO RESEARCH LLC

20  pay eighty thousand dollars ($80,000.00) to DS SolidWorks within fourteen (14) days of

21  the entry of this JUDGMENT.

22    IT IS FURTHER HEREBY ORDERED each Party shall bear its own costs and

23  attorneys' fees. The Court specifically retains jurisdiction of this matter for purposes of

24  enforcing the terms of the Parties' Settlement Agreement and this Consent Judgment.

25  This is a final order and judgment.

26

27  Date: March 10, 2021

Hon. Jesus G. Bernal
United States District Judge

28

1    AGREED TO IN FORM AND IN SUBSTANCE:

2
     /s/ Edward W. Lukas, Jr.
3    EDWARD W. LUKAS, JR., State Bar No. 155214
     HARRINGTON, FOXX, DUBROW & CANTER, LLP
4    333 South Hope Street, Suite 1000
5    Los Angeles, California 90071-1429
     Telephone (213) 489-3222
6    Facsimile (213) 623-7929
7    E-mail: elukas@hfdclaw.com

8
     /s/ Glenn E. Forbis
9
     HARNESS, DICKEY & PIERCE, P.L.C.
10   Glenn E. Forbis (Pro Hac Vice)
     5445 Corporate Drive, Suite 200
11   Troy, MI 48098
12   Tel. 248-641-1600
     Fax: 248-641-0270
13   Email: gforbis@hdp.com
14
15   Attorneys for Plaintiff DASSAULT SYSTÈMES
     SOLIDWORKS CORPORATION
16

17

18
     /s/ Steven C. Vondran
19   Steven C. Vondran, SBN 232337
     THE LAW OFFICES OF STEVEN C. VONDRAN, PC
20   One Sansome Street, Suite 3500
21   San Francisco, CA 94104
     Telephone: 877-276-5084
22   Fax: 888-551-2252
23   steve@vondranlegal.com
     Attorney for SACO RESEARCH et.al.
24

25

26

27

28